# United States Court of Appeals for the Federal Circuit

---

**MONTEREY RESEARCH, LLC,**

*Appellant*

**v.**

**STMICROELECTRONICS, INC.,**

*Appellee*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**

*Intervenor*

---

2022-1435, 2022-1771

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00985, IPR2020-01492, IPR2021-00702, IPR2021-00355.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

October 16, 2023            /s/ Jarrett B. Perlow
     Date            Jarrett B. Perlow
                             Clerk of Court